IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                            PLAINTIFF

v.                                         5:08CV00277HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                     DEFENDANTS

## ORDER

Plaintiff's motion for default judgment against all defendants (DE #19) is hereby DENIED as moot. Defendants filed their answer to plaintiff's complaint on February 25, 2009 (DE #21).

IT IS SO ORDERED this 4th day of March, 2009.

_____
United States Magistrate Judge

1