IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                              PLAINTIFF

v.                                             5:08CV00277HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                          DEFENDANTS

ORDER

This matter is before the Court on the defendants' third motion to dismiss (DE #56). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 22nd day of February, 2010.

                                                   _/s/ Henry L. Jones, Jr._
                                                   United States Magistrate Judge