IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                                                PLAINTIFF

VS.                              CASE NO. 5:08CV00277SWW/HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the response received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' third motion to dismiss (DE #56) is hereby DENIED.

IT IS FURTHER ORDERED that defendants' motion to compel (DE #60) is hereby GRANTED, and plaintiff shall fully and completely answer Interrogatories 4 and 5 within ten days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE