+                         **IN THE UNITED STATES DISTRICT COURT**
                                      **EASTERN DISTRICT OF ARKANSAS**
                                              **PINE BLUFF DIVISION**

FLOYD L. FREEMAN,                                                                            PLAINTIFF

V.                                          5:08CV00277 SWW/HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                       DEFENDANTS

## ORDER

On March 31, 2010, Magistrate Judge Jones issued a Partial Report and Recommendation [doc.#62] that recommended, among other things, that plaintiff Floyd L. Freeman fully and completely answer Interrogatories 4 and 5 within ten days of the date of the Order. This Court adopted the Magistrate Judge's recommendation by Order entered April 15, 2010 [doc.#65]. However, on April 12, 2010, plaintiff filed a response to the Magistrate Judge's recommendation that purports to answer Interrogatories 4 and 5 [doc.#64]. Accordingly, the Clerk of Court is directed to file plaintiff's response [doc.#64] to the Magistrate Judge's Partial Report and Recommendation as plaintiff's timely answers to Interrogatories 4 and 5 as ordered by the Magistrate Judge.[1]

IT IS SO ORDERED this 21st day of April 2010.

                                                                               /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court expresses no opinion at this time as to whether plaintiff's answers to Interrogatories 4 and 5 are full and complete as ordered by the Magistrate Judge and this Court.