IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                             PLAINTIFF

VS.                       CASE NO. 5:08CV00277SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                        DEFENDANTS

<u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendant Darlene Antosh (Doc. No. 67) is GRANTED and defendant Antosh is hereby dismissed from plaintiff's complaint.

IT IS SO ORDERED this 15th day of June 2010.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE