IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                                                          PLAINTIFF

v.                                      5:08CV00277SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC.                                                                                          DEFENDANT

## ORDER

This matter is before the Court on the motion for summary judgment filed by defendant Correctional Medical Services, Inc. (Doc. No. 83).[1] As of this date, plaintiff has not filed a response. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion for summary judgment within ten days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 12th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] All other defendants have been dismissed from this action.