IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                                              PLAINTIFF

v.                               5:08CV00277SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (Doc. No. 83) is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 16th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE