IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD L. FREEMAN                                                                                    PLAINTIFF

v.                                              5:08CV00277SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE